

# Fourth Court of Appeals
## San Antonio, Texas

October 23, 2014

No. 04-14-00095-CR

Jesus **PADILLA**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the County Court at Law No. 6, Bexar County, Texas
Trial Court No. 394254
Honorable Wayne A. Christian, Judge Presiding

## O R D E R

Appellant's brief was originally due on July 9, 2014, but was not filed. On July 21, 2014, the clerk of this court notified appellant that the brief was late and instructed appellant to either file the appellant's brief or a motion for extension within ten days. Appellant filed a motion for extension which was granted to September 8, 2014. The appellant's brief was not filed. The clerk of this court left several phone messages for appellant's counsel informing him that the deadline to file the appellant's brief had passed. On October 7, 2014, counsel for appellant filed another motion for extension of time to file the appellant's brief requesting an extension to October 30, 2014. At the time this motion for extension was filed, a total of 90 days had passed since the appellant's brief was originally due. The State has not opposed the appellant's pending motion for extension.

In the interest of judicial efficiency, appellant's motion for extension is GRANTED, such that the appellant's brief ***must be filed on or before October 30, 2014***. **<u>NO FURTHER MOTIONS FOR EXTENSION WILL BE CONSIDERED.</u>**

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 23rd day of October, 2014.



Keith E. Hottle
Clerk of Court